IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § § § | CAUSE NO. 10-32921 |
| PATRICIA A SMITHER. | | |
| DEBTOR | | CHAPTER 13 |

### CREDITOR JOHN SMITHER'S NOTICE OF UPDATE/CHANGE OF ADDRESS

Please take notice that the address for:

JOHN SMITHER

Secured Creditor in the above referenced proceeding should be updated/changed to P.O. Box 56231, Houston, Texas 77256-6231.

Respectfully submitted,

John J. Smither
P.O. Box 56231
Houston, Texas  77256-6231

Page | 1